**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge

Criminal No. 4:25-cr-00101-SMR-HCA-1        :  Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Elizabeth Margarita Vargas

---

Gov. Atty(s): Debra Mendenhall                  : ☐ Indictment ☐ Superseding Indictment ☐ Information

Def. Atty(s): Peter Joseph Ickes                : ☐ Complaint ☐ Warrant ☐ Summons

Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:

☐ All Parties Consent to Video Proceeding : Ct 1 - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to

Court Reporter: FTR Gold                        : Distribute Controlled Substances

Interpreter: Ernest Niño-Murcia                 : Ct 2 - 18:1956(h) Money Laundering Conspiracy

☑ Interpreter Sworn                             Cts 3-6 - 18:1956(a)(2)(A) Money Laundering

Date: September 23, 2025

Initial Appearance Start Time: 3:38 p.m.   Arraignment Start Time: 3:48 p.m.   End Time: 4:04 p.m.

---

Initial Appearance

☑ Advised of Rights

☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed FPD

Requesting Consular Notification ☐ Yes ☐ No : ☑ Appointed/Previously Appointed CJA Counsel

☑ Rule 5 Admonition Given : ☐ Retained Counsel

---

Arraignment

Trial Scheduled for: December 1, 2025 : ☑ Advised of Charges/Maximum Penalties

Rule 16 Material due: October 3, 2025 : ☐ Indicted in True Name

Reciprocal Discovery due: October 14, 2025 :     True Name: Liz Margarita Vargas

Pretrial Motions due: November 10, 2025 : ☑ Reading of Indictment Waived

Plea Notification Deadline: November 10, 2025 :     Plea of Not Guilty Accepted as to Ct(s): 1, 2, 3-6

Plea Entry Deadline: November 17, 2025 : ☑ Denied Forfeiture

Status/Scheduling Conference (Counsel Only): ☑ Defendant advised that failure to enter a plea by deadline

:     may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

---

Custody Status

☑ Government Moved for Detention :

☐ Defendant Waived Preliminary Examination : Detention Hearing Set: September 29, 2025 at 2:00 p.m.

☐ Defendant Waived Detention Hearing : Before: The Honorable William P. Kelly

: Courthouse: Des Moines        Room: 530

Court Ordered Defendant: : Revocation Hearing Set:

☐ Released on Bond : Before:

☑ Detained : Courthouse:              Room:

---

Spanish Interpreter appears via Webex. Government does not move to amend the Indictment at this time and wishes to take up the matter at further proceedings.

/s/ K. Platt

Deputy Clerk