**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>LIZ VARGAS,<br><br>　　　Defendant. | Crim. No. 4:25-CR-101<br><br>**UNOPPOSED MOTION FOR STATUS CONFERENCE** |

The Defendant, by and through undersigned counsel, moves the Court to schedule a status conference to discuss a continuance of the trial date and resetting of pretrial deadlines, and in support thereof state as follows:

1.　　Undersigned defense counsel, David N. Fautsch, has recently entered his appearance in this case on behalf of Ms. Vargas. Mr. Fautsch is the third attorney to represent Ms. Vargas in this matter.

2.　　Due to the change in counsel, Mr. Fautsch requires adequate time to review the existing discovery, consult with Ms. Vargas, and prepare for trial or other disposition of this case.

3.　　The attorneys for the parties have consulted and agree that the Court should schedule a status conference to discuss a proposed continuance of the current trial date and resetting of pretrial deadlines.

4.　　The parties believe a status conference will assist the Court and the parties in establishing a realistic and fair schedule that protects Ms. Vargas's rights while ensuring the efficient administration of justice.

5.　　This request is made in good faith and not for the purpose of delay.

WHEREFORE, the Defendant respectfully requests that the Court schedule a status conference at its earliest convenience to address the need for a continuance and the resetting of pretrial deadlines in this matter.

Respectfully submitted,

FAUTSCH TURSI LLP

*/s/ David N. Fautsch*
David N. Fautsch, AT0013223
305 42nd Street
Des Moines, IA 50312
Phone: (515) 317-7483
Email: david@fautschtursi.com

**ATTORNEY FOR DEFENDANT,
LIZ MARGARITA VARGAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David N. Fautsch*